**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

OCT 3 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISABEL ESTABAN GAMEZ-VALENZUELA,<br><br>  Petitioner,<br><br>  v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>  Respondent. | No.   15-71247<br><br>Agency No. A201-156-551<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 26, 2017[**]

Before:    SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Isabel Estaban Gamez-Valenzuela, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' order dismissing his appeal from

an immigration judge's decision denying his application for protection under the

Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. §

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

1252. We review for substantial evidence the agency's factual findings. *Go v. Holder*, 640 F.3d 1047, 1052 (9th Cir. 2011). We deny the petition for review.

Substantial evidence supports the agency's denial of Gamez-Valenzuela's CAT claim because he failed to establish it is more likely than not that he would be tortured by or with the consent or acquiescence of the government if returned to Mexico. *See id.* at 1054 (country reports and testimony insufficient to compel conclusion that petitioner was more likely than not to be tortured).

**PETITION FOR REVIEW DENIED.**